**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-01340-SPG-AJR Date: July 27, 2026
Page 1 of 3

Title: Pierre Stephen Simms v. San Bernardino Cnty. Sheriff's Dep't, et al.

---

DOCKET ENTRY: **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| A. Silva-Elder | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS)**

On February 25, 2026, *pro se* Plaintiff Pierre Stephen Simms ("Plaintiff"), a pretrial detainee presently incarcerated at the West Valley Detention Center in Rancho Cucamonga, California, filed this civil rights action pursuant to 42 U.S.C. § 1983 (the "Complaint") against the San Bernardino County Sheriff's Department and Sheriff Shannon Dicus, in his individual capacity (collectively "Defendants"). (Dkt. 1 at 4.)

On May 27, 2026, the Court dismissed Plaintiff's Complaint with leave to amend due to various pleading deficiencies. (Dkt. 4.) Plaintiff was directed to file a First Amended Complaint ("FAC") that attempts to remedy the defects identified in the dismissal order on or before **June 26, 2026**. (Id.)

More than 30 days have passed since the deadline for Plaintiff to respond to the

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-01340-SPG-AJR Date: July 27, 2026


Title: Pierre Stephen Simms v. San Bernardino Cnty. Sheriff's Dep't, et al.

---

Court's May 27, 2026 dismissal order. As of today, Plaintiff has neither filed a FAC, requested an extension of time to do so, nor otherwise communicated with this Court. This action cannot move forward unless and until Plaintiff responds to the Court's dismissal order.

Accordingly, Plaintiff is ORDERED, on or before **August 10, 2026**, to either: (1) file a FAC that attempts to remedy the defects identified in the Court's May 27, 2026 dismissal order, which is attached hereto; or (2) show cause in writing why this action should not be dismissed with prejudice for failure to prosecute. If Plaintiff chooses to file a FAC, it should bear the docket number assigned to this case (5:26-cv-01340-SPG-AJR), be labeled "First Amended Complaint," and be complete in and of itself without reference in any manner to the original Complaint or any other document (except any document that Plaintiff chooses to attach to the FAC as an exhibit). Plaintiff is encouraged to state his claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant. Should Plaintiff decide to file a FAC, he is encouraged to utilize the form complaint attached to this Order.

**Plaintiff is expressly advised that if he does not file a FAC by the Court's deadline or otherwise respond to the Court's May 27, 2026 dismissal order, the Court may recommend that this action be dismissed with or without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.**

If Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1). A form Notice of Dismissal is attached for Plaintiff's convenience.

IT IS SO ORDERED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-01340-SPG-AJR Date: July 27, 2026



Title: Pierre Stephen Simms v. San Bernardino Cnty. Sheriff's Dep't, et al.

---

Attachments:
Dkt. 4, Order Dismissing Complaint With Leave To Amend.
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.