**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-01340-SPG-AJR

Date: November 18, 2026


Title: Pierre Stephen Simms v. San Bernardino Cnty. Sheriff's Dep't, et al.

DOCKET ENTRY: **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE BECAUSE PLAINTIFF HAS NOT FILED A SECOND AMENDED COMPLAINT**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Nicholas Huynh | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS)**

On September 21, 2026, the Court dismissed *pro se* Plaintiff Pierre Stephen Simms ("Plaintiff") First Amended Complaint, brought pursuant 42 U.S.C. § 1983, with leave to amend and directed Plaintiff to file a Second Amended Complaint ("SAC") by **October 21, 2026**, if he wished to proceed with this action. (Dkt. 11.) As of today, Plaintiff has neither filed a SAC nor requested an extension of time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, on or before **December 9, 2026**, why this action should not be dismissed for failure to prosecute and comply with Court orders pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff may discharge this Order by either: (1) filing a SAC that remedies the deficiencies identified in the

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-01340-SPG-AJR Date: November 18, 2026


Title: Pierre Stephen Simms v. San Bernardino Cnty. Sheriff's Dep't, et al.

---

Court's September 21, 2026 dismissal order (Dkt. 11); or (2) showing cause in writing why this action should not be dismissed. Any SAC must comply with the requirements set forth in the Court's prior dismissal order. Should Plaintiff decide to file a SAC, he is encouraged to utilize the form complaint attached to this Order.

**Plaintiff is expressly warned that failure to timely comply with this Order may result in a recommendation that this action be dismissed with or without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with Court orders.**

Alternatively, if Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1). A form Notice of Dismissal is attached for Plaintiff's convenience.

IT IS SO ORDERED.

Attachments:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.